ALFRED S. BROWN, appellant,

*v.*

EMANUEL SIMANDL, respondent.

[Decided September 30th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, and reported in *93 N. J. Eq. 119.*

*Mr. Edward S. Atwater, Jr.,* for the appellant.

*Mr. Harold Simandl,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUS-KIRK—14.

*For reversal*—None.